IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MAPLE TRADE FINANCE, INC.,
    Plaintiff,

vs.

LANSING TRADE GROUP, LLC,
    Defendant/Third-Party Plaintiff,

Case No. 10-2066-JTM

vs.

GREENFIELD PRODUCTS CANADA, INC,
GLENN M. VANDERLINDEN, and
BONNIE VANDERLINDEN
    Third-Party Defendants.

MEMORANDUM AND ORDER

This matter is before the court on the Motion for Entry of Final Default Judgment by defendant and third-party plaintiff Lansing Trade Group on its claims against third-party defendants Greenfield Products Canada, Inc., Glenn M. Vanderlinden, and Bonnie Vanderlinden. (Dkt. 102). The court has previously granted summary judgment in favor of Lansing on these claims (Dkt. 86), and entered a judgment in Lansing's favor. (Dkt. 97).

In its present motion, Lansing seeks a determination that judgment should be entered against the third-party defendants in the amount of $611,111.82 pursuant to Fed.R.Civ.Pr. 55(b). The third-party-defendants have filed no opposition to Lansing's motion.

Lansing has submitted detailed exhibits supporting its motions. *See Int'l Painters & Allied Trades Indus. Pension Fund v. R.W. Amrine Drywall.*, 239 F. Supp. 2d 26, 30 (D.D.C. 2002) (default judgment may be grounded on affidavit evidence). These exhibits establish with reasonable certainty

that Lansing incurred (1) $121,460 in railcar and storage costs due the actions of the third-party defendants, (2) $270,000 in lost profits on Lansing's contract to re-sell biodiesel, (3) $134,205.76 in fees, expenses, and costs incurred by Lansing in this action, and (4) $85,446.06 in damages for the amount that Lansing paid to the third-party defendants with the understanding that the amount would be used to pay the plaintiff Maple Trade.

IT IS ACCORDINGLY ORDERED this 13th day of July, 2011, for good cause shown and pursuant to D.Kan.R. 7.4, that Lansing's Motion for Entry of Default Judgment is granted, and the clerk is directed to enter default judgment against the third-party defendants in the amount of $611,111.82.

 s/ J. Thomas Marten
J. THOMAS MARTEN, JUDGE